IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV79 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LOTS 32 AND 33 LINDEN ESTATES, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| ANTHONY MEHNER, et al., | ) | |
| | ) | |
| Claimants. | ) | |

This matter is before the court on the plaintiff's Consent Motion to Stay (Filing No. 34). The plaintiff seeks a stay of proceedings, including the requirement to file a planning report, until August 14, 2007. The plaintiff states the parties will attempt to resolve this civil matter through a related criminal matter. The plaintiff states counsel for the claimants does not oppose this motion. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The plaintiff's Consent Motion to Stay (Filing No. 34) is granted.
2. The case shall be stayed until further order of this court.
3. Counsel shall file a joint status report concerning the status of this case on **August 14, 2007,** such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

Dated this 15th day of May, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge