**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**LOTS 32 AND 33, LINDEN ESTATES, et al.,** )<br>)<br>**Defendant.** ) | **8:07CV79**<br><br>**ORDER** |

This matter is before the court on the plaintiff's motion (Filing No. 39) to continue the telephone conference currently scheduled for 10:00 a.m. on December 3, 2007.

**IT IS ORDERED:**

1. The plaintiff's motion to continue is granted (Filing No. 39).

2. The telephone conference with the undersigned magistrate judge is continued to **December 5, 2007 at 10:00 a.m.**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 30th day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge