IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CV79 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LOTS 32 AND 33, LINDEN ESTATES, , et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel on December 5, 2007.  The plaintiff was represented by Assistant U.S. Attorney Nancy A. Svoboda.  Claimants Mehner were represented by Jason E. Troia.  Claimant Wells Fargo Bank was represented by Aaron D. Weiner.

This case is related to the prosecution of the case of *United States v. Mark Mehner*, Case No. 8:07CR83 in the District of Nebraska.  That case is presently in the pretrial motion stages with an evidentiary hearing scheduled on December 18, 2007.  Pending those proceedings, the parties in this case are attempting to assess the value of the property in this case in order to arrive at a possible substitution of the *res*.

All parties are awaiting a complete appraisal of the property in issue.  Delay in obtaining a complete appraisal is hindering the timely resolution of this matter.  Accordingly,

**IT IS ORDERED:**

1.   The parties shall exchange their complete appraisal of the property in issue **on or before January 11, 2008.**

2.   The court will hold a further telephone planning conference with counsel **on January 31, 2008, at 10:30 a.m.**  Counsel for the plaintiff shall initiate the telephone conference.

DATED this 5th day of December, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge