IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CV79 |
| vs. ) | |
| ) | ORDER |
| LOTS 32 AND 33, LINDEN ESTATES, et al., ) | |
| ) | |
| Defendants. ) | |

On the oral motion of counsel for the parties, the telephone planning conference previously set for February 7, 2008 at 11:00 a.m. is cancelled and is **rescheduled for February 21, 2008 at 10:00 a.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 5th day of February, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge