# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CV79** |
| vs. ) | |
| ) | **ORDER** |
| **LOTS 32 AND 33, LINDEN ESTATES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

The planning conference set for **February 21, 2008 at 10:00 a.m.** before the undersigned magistrate judge, which was previously scheduled as a telephonic conference will now be held in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel for the plaintiff and counsel for each of the claimants shall attend, in person.

**IT IS SO ORDERED.**

DATED this 7th day of February, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge