**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV79 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **2003 CADILLAC ESCALADE VIN 1GYEK63N93R253497,** | ) ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| **MARK MEHNER and JOHN PROSOSKI,** | ) ) | |
| | ) | |
| Claimants. | ) | |

This matter is before the court on the parties' Joint Motion to Stay (Filing No. 64). The parties seeks a stay of proceedings. The parties state they will attempt to resolve this civil matter through a related criminal matter. The parties request the matter be stayed until after the criminal matter ***United States v. Mark Mehner***, Case No. 8:07CR83, is resolved. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The parties' Joint Motion to Stay (Filing No. 64) is granted.
2. The case shall be stayed until further order of this court.
3. Counsel shall file a joint status report concerning the status of this case on **December 31, 2008,** such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

Dated this 21st day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge