# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CV79 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| 2003 CADILLAC ESCALADE | ) | |
| VIN 1GYEK63N93R253497, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARK MEHNER and JOHN PROSOSKI, | ) | |
| | ) | |
| Claimants. | ) | |

This matter is before the court on its own motion regarding the stay in effect in this case. Since trial of the related criminal matter (*United States v. Mark Mehner*, Case No. 8:07CR83) is not scheduled for trial until March 16, 2009, counsel shall file a joint status report concerning the status of this case **on March 27, 2009**.

**IT IS SO ORDERED.**

DATED this 23rd day of January, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge