IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV79 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| 2003 CADILLAC ESCALADE VIN 1GYEK63N93R253497, | ) ) ) | |
| Defendant, | ) | |
| | ) | |
| MARK MEHNER and JOHN PROSOSKI, | ) ) ) | |
| Claimants. | ) | |

This matter is before the court on the parties' Status Report (Filing No. 67).  The parties seek an extension of the stay of proceedings.  The related criminal matter **United States v. Mark Mehner**, Case No. 8:07CR83, is now scheduled for trial in July 2009.  Upon consideration and for good cause shown,

**IT IS ORDERED:**

Counsel shall file a joint status report concerning the status of this case on **July 17, 2009,** such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

Dated this 30th day of March, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge
