IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV79 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| 2003 CADILLAC ESCALADE | ) | |
| VIN 1GYEK63N93R253497, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| MARK MEHNER and | ) | |
| JOHN PROSOSKI, | ) | |
| | ) | |
| Claimants. | ) | |

This matter is before the court *sua sponte*. Proceedings in this matter were previously stayed pending resolution of the related criminal matter ***United States v. Mark Mehner***, Case No. 8:07CR83. It appears that both the state and federal cases against Mr. Mehner have been resolved by guilty pleas. Accordingly,

**IT IS ORDERED:**

1. The stay in this case is lifted.

2. In lieu of a final pretrial conference, counsel and any pro se parties shall prepare a proposed final pretrial conference order in accordance with NECivR 16.2 and submit it to the undersigned magistrate judge by **August 27, 2009**. In the event the court requires additional information or a conference with counsel and any pro se parties, the court will arrange a telephone conference after receipt of the proposed final pretrial conference order.

3. A specific trial date will be set by the court at the time of the filing of the final pretrial conference order.

Dated this 30th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge