# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Plaintiff,** | )<br>)      **8:07CV79** |
| vs. | )<br>)      **ORDER** |
| **2003 CADILLAC ESCALADE**<br>**VIN 1GYEK63N93R253497,** | )<br>)<br>) |
| **Defendant,** | )<br>) |
| **MARK MEHNER and**<br>**JOHN PROSOSKI,** | )<br>)<br>) |
| **Claimants.** | ) |

Upon notice of settlement given to the magistrate judge on September 3, 2009, by counsel for the claimants,

**IT IS ORDERED that:**

1. **On or before September 18, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The deadline to file the proposed final pretrial conference order is terminated, upon the representation that this case is settled.

DATED this 3rd day of September, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge