IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                    Plaintiff,                )          8:07CV79<br>                                                              )<br>         v.                                            )<br>                                                              )          ORDER<br>ONE 2003 CADILLAC ESCALADE, )<br>VIN 1GYEK63N93R253497,         )<br>                                                              )<br>                    Defendant.           )<br>_____ ) | |

This matter is before the court on the stipulation of the parties (Filing No. 71), filed in this case and in 8:07CR83-LES-FG3 *United States v. Mark A. Mehner,* concerning disposition of a 2003 Cadillac Escalade, VIN 1GYEK63N93R253497. The court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted; disposition of the defendant property in 8:07CV79 shall be made in accordance with the provisions of the stipulation therein.

DATED this 22nd day of September, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Court Judge