IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV79 |
| | ) | |
| v. | ) | |
| | ) | |
| ONE 2003 CADILLAC ESCALADE, | ) | ORDER |
| VIN 1GYEK63N93R253497, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the stipulation of the parties (Filing No. 71) and the order (Filing No. 72) approving the stipulation. Pursuant thereto,

IT IS ORDERED this action is dismissed.

DATED this 27th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court